# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: ) | Chapter 13 |
| ) | |
| ) | Case Number 04-41993-LWD |
| ) | |
| ) | |
| **HORACE LEE HUGHES, JR.** ) | **FILED** |
| ) | Lucinda B. Rauback, Clerk |
| Debtor(s) ) | United States Bankruptcy Court |
| | Savannah, Georgia |
| | By wpena at 11:21 am, Jan 24, 2013 |

## ORDER DENYING APPLICATION FOR DISBURSEMENT OF UNCLAIMED FUNDS

An Application for Disbursement of Unclaimed Funds in the sum of $1,761.03 was filed on December 26, 2012 by Brian Dilks of Dilks & Knopik, LLC on behalf of Horace Lee Hughes, Jr. ("Debtor")

This Court's records indicate that the balance in unclaimed funds for this Debtor is $62.12 only, not the amount claimed of $1,761.03. It is, THEREFORE,

**HEREBY ORDERED** that the Application for Disbursement of Unclaimed Funds by Brian Dilks of Dilks & Knopik, LLC on behalf of Horace Lee Hughes, Jr. is hereby **DENIED**.

_____
United States Bankruptcy Judge

Entered at Savannah, Georgia
this ___ day of January 2013